**L.H., individually, and as parent and guardian of T.D., and T.D., Plaintiffs–Appellees,**

v.

**COUNTY OF LIVINGSTON, Thomas E. Moran, individually and in his official capacity as former District Attorney of Livingston County, Lindsay P. Quintilone, individually and in her official capacity as former Assistant District Attorney of Livingston County, and other known or unknown employees of the County of Livingston, Defendants–Appellants.**

No. 13–4344.

United States Court of Appeals, Second Circuit.

Jan. 22, 2015.

Jeremy A. Colby, Michael P. McClaren, Webster Szanyi LLP, Buffalo, NY, for Appellants.

Jeffrey Wicks, PLLC, Rochester, NY, for Appellees.

PRESENT: DENNIS JACOBS, DEBRA ANN LIVINGSTON, and RAYMOND J. LOHIER, JR., Circuit Judges.

### SUMMARY ORDER

Defendant Lindsay P. Quintilone, a former prosecutor, appeals from an order of the United States District Court for the Western District of New York (Telesca, *J.*), denying (in part) her motion to dismiss on grounds of absolute and qualified immunity. *See Mitchell v. Forsyth,* 472 U.S. 511, 524–30, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

As the district court held, defendant's absolute immunity argument is foreclosed by *Hill v. City of New York,* 45 F.3d 653 (2d Cir.1995), in which we denied absolute immunity to a state prosecutor on facts that are materially the same.

The claim for qualified immunity was abandoned, for unknown reasons, in Quintilone's reply brief ("[f]or purposes of this appeal only"). So we will not consider it at this time. Of course, she may renew the defense before the district court at a later stage (and, if necessary, may seek further appellate review, *see Behrens v. Pelletier,* 516 U.S. 299, 305–11, 116 S.Ct. 834, 133 L.Ed.2d 773 (1996)).

For the foregoing reasons, and finding no merit in defendant's other arguments, we hereby **AFFIRM** the order of the district court.